LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
SALVADOR GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> SALVADOR MANZO GARCIA, JR., et al. ) <br> ) <br> Defendants. ) <br> _____ ) | No. Cr. S-06-0192 EJG <br><br> STIPULATION AND <br> ORDER CONTINUING STATUS <br> CONFERENCE; EXCLUSION OF TIME |

     The United States of America, through Assistant U.S. Attorney Richard J. Bender, and defendant Salvador Manzo Garcia, Jr., through his counsel Scott L. Tedmon; defendant Lester Hands, through his counsel C. Emmett Mahle; and defendant Taishawna Prejean, through her counsel James R. Greiner, hereby stipulate that the status conference set for Friday, August 11, 2006 at 10:00 a.m., be continued to Friday, September 22, 2006 at 10:00 a.m. before United States District Judge Edward J. Garcia.

     The government has provided defendants with approximately 700 pages of discovery, which includes wiretap applications, transcripts of recorded conversations and associated CD's of those recordings, along with law enforcement reports and surveillance information. Defense counsel needs additional time to review this volume of discovery, assess defense investigation needs and determine what pretrial motions should be filed, if any.

1  As such, all counsel stipulate it is appropriate to continue the current status conference to
2  Friday, September 22, 2006 at 10:00 a.m..
3  Colleen Lydon has approved the September 22, 2006 hearing date.  No jury trial date has
4  been set in this case..

## SPEEDY TRIAL ACT - EXCLUSION OF TIME

6  The parties stipulate the Court should reiterate its previous finding that time be excluded
7  through September 22, 2006 under the Speedy Trial Act based on the needs of counsel to prepare
8  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4.  The parties stipulate and agree that the
9  interests of justice served by granting this continuance outweigh the best interests of the public and
10 the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
11 Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their
12 behalf.

**IT IS SO STIPULATED.**

DATED: August 8, 2006   McGREGOR W. SCOTT
United States Attorney

 /s/ Richard J. Bender
RICHARD J. BENDER
Assistant U.S. Attorney

DATED: August 8, 2006   LAW OFFICES OF SCOTT L. TEDMON

 /s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Salvador Manzo Garcia, Jr.

DATED: August 8, 2006   LAW OFFICES OF C. EMMETT MAHLE

 /s/ C. Emmett Mahle
C. EMMETT MAHLE
Attorney for Lester Hands

DATED: August 8, 2006   LAW OFFICES OF JAMES R. GREINER

 /s/ James R. Greiner
JAMES R. GREINER
Attorney for Taishawna Prejean

# **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Friday, August 11, 2006 at 10:00 a.m., is hereby continued to Friday, September 22, 2006 at 10:00 a.m., before the Honorable Edward J. Garcia.

Based upon the above stipulation, the Court reiterates its previous finding that time be excluded under the Speedy Trial Act for needs of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, through the Status Conference date of September 22, 2006. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: August 8, 2006            /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 United States District Judge