**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
TAISHAWNA PREJEAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     )     CR.NO.S-06-192-EJG
                               )
    PLAINTIFF,                 )     STIPULATION AND
                               )     ORDER TO CONTINUE STATUS
    v.                         )     CONFERENCE
                               )
TAISHAWNA PREJEAN, et al.,      )
                               )
    DEFENDANTS.                )
                               )
_____)

       Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Mr. Richard J. Bender, and defendant, Salvador Manzo Garcia, Jr., represented by Mr. Scott L. Tedmon, defendant Lester Hands, Jr., represented by Mr. C. Emmett Mahle and defendant Taishawna Prejean, represented by  Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Friday, September  22, 2006, at 10:00 a.m.,  before the Honorable Senior District Court Judge, Edward J. Garcia, shall be continued to Friday, November 3, 2006, at 10:00 a.m..

       Colleen Lydon was contacted by counsel to check the proposed date and the date of November 3, 2006, was open and available for the Court for a further  status hearing date. No trial date has been set.

1

1

**SPEEDY TRIAL ACT-EXCLUSION OF TIME**

2       The parties agree and stipulate the Court should reiterate its previous finding

3  that time be excluded through November 3, 2006, under the Speedy Trial Act based

4  on the needs of counsel to prepare pursuant to Title 18 U.S.C. §3161(h)(8)(B)(iv);

5  Local Code T4. The parties stipulate and agree that the interests of justice served by

6  granting this continuance outweigh the best interests of the public and the defendants

7  in a speedy trial. Title 18 U.S.C. § 3161(h)(8)(A). Further, based upon the trial

8  schedules of all defense counsel, the November 3, 2006, is an appropriate date for

9  continuity of counsel. Title 18 U.S.C. section (h) (B)(iv); Local Code T-4.

10      Finally, James R. Greiner has been authorized by all counsel via telephone

11  conference to sign this stipulation on their behalf.

12

13

14                              Respectfully submitted,
                                McGREGOR W. SCOTT
15                              UNITED STATES

16                              /s/ RICHARD J. BENDER

17  DATED: 9-20-06
                                _____
18                              RICHARD J. BENDER
                                ASSISTANT UNITED STATES ATTORNEY
                                ATTORNEYS FOR THE PLAINTIFF
19

20
    DATED: 9-20-06             /s/ SCOTT L. TEDMOND
21
                                _____
22                              SCOTT L. TEDMOND
                                ATTORNEY FOR DEFENDAT
                                SALVADOR MANZO GARCIA, JR.
23

24  DATED: 9-20-06             /s/ C. EMMETT MAHLE

25                              _____
                                C. EMMETT MAHLE
26                              ATTORNEY FOR DEFENDANT
                                LESTER HANDS, JR.

27

28                                          2

DATED: 9-20-06

/s/ JAMES R. GREINER

JAMES R. GREINER
ATTORNEY FOR DEFENDANT
TAISHAWNA PREJEAN

## ORDER

**FOR GOOD CAUSE SHOWN,  IT IS SO ORDERED.**

DATED: SEPTEMBER 20, 2006.

/s/ Edward J. Garcia

**EDWARD J. GARCIA**

**UNITED STATES SENIOR
DISTRICT COURT JUDGE**

3