1 | LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
2 | SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
3 | Sacramento, California 95814
Telephone: (916) 441-4540
4
Attorney for Defendant
5 | SALVADOR GARCIA

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,          )
                                       )
13 |             Plaintiff,             )   No. Cr. S-06-0192 EJG
                                       )
14 |       v.                           )   STIPULATION AND
                                       )   ORDER CONTINUING STATUS
15 |                                    )   CONFERENCE; EXCLUSION OF TIME
    SALVADOR MANZO GARCIA, JR., et al. )
16 |                                    )
                Defendants.             )
17 |  _____)

18   The United States of America, through Assistant U.S. Attorney Richard J. Bender, and

19 defendant Salvador Manzo Garcia, Jr., through his counsel Scott L. Tedmon; defendant Lester

20 Hands, through his counsel C. Emmett Mahle; and defendant Taishawna Prejean, through her

21 counsel James R. Greiner, hereby stipulate that the status conference set for Friday, November 3,

22 2006 at 10:00 a.m., be continued to Friday, December 1, 2006 at 10:00 a.m. before United States

23 District Judge Edward J. Garcia.

24   The government has provided defendants with approximately 700 pages of discovery, which

25 includes wiretap applications, transcripts of recorded conversations and associated CD's of those

26 recordings, along with law enforcement reports and surveillance information. Defense counsel needs

27 additional time to review this volume of discovery, assess defense investigation needs and determine

28 what pretrial motions should be filed, if any.

1    As such, all counsel stipulate it is appropriate to continue the current status conference to
2 Friday, December 1, 2006 at 10:00 a.m.  If the case has not resolved by the next status conference,
3 it is anticipated that a briefing schedule and/or trial date will be set at the December 1, 2006 court
4 appearance.

5    Colleen Lydon has approved the December 1, 2006 hearing date.  No jury trial date has been
6 set in this case.

## SPEEDY TRIAL ACT - EXCLUSION OF TIME

8    The parties stipulate the Court should reiterate its previous finding that time be excluded
9 through December 1, 2006 under the Speedy Trial Act based on the needs of counsel to prepare
10 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4.  The parties stipulate and agree that the
11 interests of justice served by granting this continuance outweigh the best interests of the public and
12 the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

13    Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their
14 behalf.

**IT IS SO STIPULATED.**

DATED: October 31, 2006         McGREGOR W. SCOTT
                                United States Attorney

                                 /s/ Richard J. Bender
                                RICHARD J. BENDER
                                Assistant U.S. Attorney

DATED: October 31, 2006         LAW OFFICES OF SCOTT L. TEDMON

                                 /s/ Scott L. Tedmon
                                SCOTT L. TEDMON
                                Attorney for Salvador Manzo Garcia, Jr.

DATED: October 31, 2006         LAW OFFICES OF C. EMMETT MAHLE

                                 /s/ C. Emmett Mahle
                                C. EMMETT MAHLE
                                Attorney for Lester Hands

DATED: October 31, 2006         LAW OFFICES OF JAMES R. GREINER

                                 /s/ James R. Greiner
                                JAMES R. GREINER
                                Attorney for Taishawna Prejean

# ORDER

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Friday, November 3, 2006 at 10:00 a.m., is hereby continued to Friday, December 1, 2006 at 10:00 a.m., before the Honorable Edward J. Garcia.

Based upon the above stipulation, the Court reiterates its previous finding that time be excluded under the Speedy Trial Act for needs of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, through the Status Conference date of December 1, 2006. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: November 1, 2006          /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 United States District Judge