LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
SALVADOR MANZO GARCIA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> SALVADOR MANZO GARCIA, JR., et al. ) <br> ) <br> Defendants. ) <br> _____ ) | No. Cr. S-06-0192 EJG <br><br> STIPULATION AND <br> ORDER CONTINUING STATUS <br> CONFERENCE; EXCLUSION OF TIME |

The United States of America, through Assistant U.S. Attorney Mary L. Grad, and defendant Salvador Manzo Garcia, Jr., through his counsel Scott L. Tedmon; defendant Lester Hands, through his counsel C. Emmett Mahle; and defendant Taishawna Prejean, through her counsel James R. Greiner, hereby stipulate that the status conference set for Friday, December 1, 2006 at 10:00 a.m., be continued to Friday, January 19, 2007 at 10:00 a.m. before United States District Judge Edward J. Garcia.

The government has provided defendants with approximately 700 pages of discovery, which includes wiretap applications, transcripts of recorded conversations and associated CD's of those recordings, along with law enforcement reports and surveillance information. Defense counsel needs additional time to review this volume of discovery, continue with defense investigation as well as research and draft pretrial motions. Additionally, the related case of U.S. v. Reyes, et al., Case No.

- 1 -

Cr-S-06-199 EJG, has a pending wiretap motion which has raised a factual and legal issue similar to what is being contemplated in the case at bar. The hearing on the <u>Reyes</u> wiretap motion is currently set for January 12, 2007. As such, in addition to the need of counsel to prepare, the proposed status conference date of January 19, 2007 will allow present counsel to further assess prospective motions in light of the Court's wiretap ruling in <u>Reyes</u>.

Based on the foregoing, all counsel stipulate it is appropriate to continue the current status conference to Friday, January 19, 2007 at 10:00 a.m. Colleen Lydon has approved the January 19, 2007 hearing date. No jury trial date has been set in this case.

### SPEEDY TRIAL ACT - EXCLUSION OF TIME

The parties stipulate the Court should reiterate its previous finding that time be excluded through January 19, 2007 under the Speedy Trial Act based on the needs of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: November 30, 2006   McGREGOR W. SCOTT
United States Attorney

  /s/ Mary L. Grad
MARY L. GRAD
Assistant U.S. Attorney

DATED: November 30, 2006   LAW OFFICES OF SCOTT L. TEDMON

  /s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Salvador Manzo Garcia, Jr.

DATED: November 30, 2006   LAW OFFICES OF C. EMMETT MAHLE

  /s/ C. Emmett Mahle
C. EMMETT MAHLE
Attorney for Lester Hands

DATED: November 30, 2006                    LAW OFFICES OF JAMES R. GREINER

                                             /s/ James R. Greiner
                                            JAMES R. GREINER
                                            Attorney for Taishawna Prejean

## ORDER

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Friday, December 1, 2006 at 10:00 a.m., is hereby continued to Friday, January 19, 2007 at 10:00 a.m., before the Honorable Edward J. Garcia.

Based upon the above stipulation, the Court reiterates its previous finding that time be excluded under the Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, through the Status Conference date of January 19, 2007. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED:  November 30 , 2006            /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          United States District Judge