McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR MANZO GARCIA, JR.,<br>LESTER HANDS, and<br>FLEETA RASHEEN SOUZA,<br><br>Defendants. | CASE NO. CR.S-06-0192 EJG<br><br>**ORDER CONCERNING CERTAIN DEFENSE MOTIONS** |

The above captioned case came on for a hearing in open court on April 6, 2007, on various defense motions described below. Defendant Garcia was present and represented by Scott Tedmon, Esq. Defendant Lester Hands was present and represented by both Hayes Gable, Esq. and Emmett Mahle, Esq. The United States was represented by Assistant U.S. Attorney Richard Bender. The defendants were arraigned on the Superseding Indictment, entered not guilty pleas to all charges, and demanded a jury trial. As to the pending motions, the Court, having read and considered the memoranda submitted by the parties, and after giving counsel the opportunity to be heard, made the following decisions for the reasons stated in open court.

As to defendant Garcia's motion to suppress electronic surveillance evidence, which motion was joined by defendant Hands, the motion was denied for the reasons stated in the Court's prior ruling denying the identical motion in United States v. Arturo Reyes, Cr. No. S 06-0199 EJG. The Court's ruling in Reyes is set out in the written order in that case dated February 9, 2007 (which has

attached a transcript of the Court's oral ruling).

As to the new portion of motion to suppress electronic surveillance evidence raised for the first time in the reply brief of defendant Hands (based on question as to the time when the electronic surveillance ended on December 27, 2005), the argument on that motion will be held on April 17, 2007, at 2:00 p.m., and the parties will brief the issue in a timely fashion prior to that date.  In addition, the government was ordered to turn over to the defense a copy of "DEA SDO Teletype regarding the termination of Title III interception of Target telephone (209) 241-1942 on 12-27-1005."

As to the motion for severance of her trial from that of her codefendants, filed by defendant Souza, that motion was denied.  Any potential prejudice that would be suffered by defendant Souza because of the alleged disparity of evidence between her and her codefendants could be adequately remedied by limiting instructions to the jury and, in any event, could be used to her advantage by her attorney during closing argument to the jury.

As to the motion for disclosure of information concerning the confidential informants, filed by defendant Garcia and joined in by the other defendants, the motion was denied on the basis of the representation of the government that only one informant, designated as CS-11, is a potential trial witness but CS-11 is presently a fugitive.  The government agreed to produce <u>Giglio</u> material, including criminal rap sheet and a listing of all consideration given for cooperation, for CS-11, prior to trial (as stated in the government's responsive memorandum) should CS-11 be located and the government decide to call him as a witness.   Defense counsel agreed that the government's representation was sufficient to satisfy their motion.

//
//
//
//
//
//

As to the motion of defendant Souza to suppress the evidence obtained from the stop of the vehicle in which she was riding on December 23, 2005, which motion was joined by defendant Hands, an evidentiary hearing and further argument will be held on this motion on April 17, 2007, at 2:00 p.m.

IT IS SO ORDERED.

Dated: April 10, 2007

                                      /s/ Edward J. Garcia
                                      EDWARD J. GARCIA
                                      Senior, U.S. District Judge