HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SALVADOR MANZO GARCIA, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>SALVADOR MANZO GARCIA, JR.,<br><br>             Defendant. | No.  Cr. S 06-192-01 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable WILLIAM B. SHUBB |

Defendant, SALVADOR MANZO GARCIA, JR., by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On August 3, 2007, this Court sentenced Mr. Garcia to a term of 151 months imprisonment;

3. His total offense level was 33, his criminal history category was III, and the resulting guideline range was 168 to 210 months.  He received a sentence below the applicable guideline range;

Stipulation and Order Re: Sentence Reduction        1

4. The sentencing range applicable to Mr. Garcia was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Garcia's total offense level has been reduced from 33 to 31, and his amended guideline range is 135 to 168 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Garcia's term of imprisonment to a total term of 135 months, a sentence the parties conclude is fair and reasonable in light of the factors set forth in 18 U.S.C. § 3553(a);

7. In light of the parties' stipulation, the noticed motion filed May 5, 2015, is withdrawn.

Respectfully submitted,

Dated:  May 20, 2015

BENJAMIN B. WAGNER
United States Attorney


 /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  May 20, 2015

HEATHER E. WILLIAMS
Federal Defender


 /s/ David M. Porter
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
SALVADOR MANZO GARCIA, JR.

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Garcia is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 135 to 168 months.  The court has reconsidered the original Presentence Report in this matter in light of the amendment to the guidelines and the foregoing stipulation. The court concludes that the recommended term of 135 months is now sufficient but not greater than necessary to satisfy the factors set forth in 18 U.S.C. § 3553(a).  Specifically, defendant

dealt in a substantial quantity of methamphetamine, and his criminal history included a conviction for sex with a minor under the age of 16.  However, as the court noted at the time of original sentencing, that conviction was mitigated somewhat by the fact that defendant was unaware of the victim's age at the time of the offense and maintained a healthy relationship with her into adulthood, taking care of her and their two children.  To the extent that such things can ever be predicted to any degree of certainty, the court finds nothing in the record to suggest that the reduction of defendant's sentence will result in any serious danger to any person or the community.

     IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2007 is reduced to a term of 135 months, a sentence the Court concludes is fair and reasonable in light of the factors set forth in 18 U.S.C. § 3553(a).

     The noticed motion having been withdrawn, the hearing set for May 26, 2015, is VACATED.

     IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

     Unless otherwise ordered, Mr. Garcia shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  May 20, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE